IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhejiang Sairen Trading Co., Ltd,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>Individuals, Partnerships, and Unincorporated Associations on Schedule "A",<br><br>　　　　　Defendants. | Case No. 22 cv 2046<br><br>District Judge Thomas M. Durkin<br><br>Magistrate Judge Sheila M. Finnegan |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Zhejiang Sairen Trading Co., Ltd ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Haoridul（EessonDirect） | 69 |
| MIYA Team（Ertu Group） | 78 |
| Barcetine Group | 8 |
| FFILYFlagpoleDirect（WONEZN） | 105 |
| OSOPOLA | 39 |
| Zonegrace | 98 |
| LINJA | 77 |

DATED JULY 15, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ James A. Karamanis

James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFFS*