IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhejiang Sairen Trading Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-2046 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ANSWER TO COUNTERCLAIMS**

Plaintiff, Zhejiang Sairen Trading Co., Ltd, ("Plaintiff"), by and through its attorneys, Barney & Karamanis, LLP, and respectfully moves this Honorable Court for an extension of time to file its answer to Defendants' Counterclaims. In support of this Motion, Plaintiff states as follows:

1. On or about August 11, 2022, Defendants Stepfly, BONWIN, VIEKEY, ZomChain, a valuable store, aka "outle store", Yishangwujin, tianchen123yy, iKoba, Yunsone, BonyTek, ANJIHAIUS, REERON, DANF FLAG, YANGPIN, Peace and freedom, aka "duyanan", Moment Dextrad, uelfbaby.shop, NQ Display against Stepfly, BONWIN, VIEKEY, ZomChain, a valuable store, aka "outle store", Yishangwujin, tianchen123yy, iKoba, Yunsone, BonyTek, ANJIHAIUS, REERON, DANF FLAG, YANGPIN, Peace and freedom, aka "duyanan", Moment Dextrad, uelfbaby.shop, NQ Display . by Stepfly, BONWIN, VIEKEY, ZomChain, a valuable store, aka "outle store", Yishangwujin, tianchen123yy, iKoba, Yunsone, BonyTek, ANJIHAIUS, REERON, DANF FLAG, YANGPIN, Peace and freedom, aka

"duyanan", Moment Dextrad, uelfbaby.shop, and NQ Display filed counterclaims against Plaintiff Zhejiang Sairen Trading Co., Ltd.

2. The Parties have since been engaged in settlement discussions.

3. Plaintiff is requesting an additional 30 days to file its answer to Defendants' counterclaims.

4. Defendants have no objection to this Motion.

5. This Motion is brought in good faith and not for the purposes of delay.

WHEREFORE Plaintiff, Zhejiang Sairen Trading Co., Ltd., by and through its attorneys, Barney & Karamanis, LLP, respectfully requests that this Honorable Court grant Plaintiff an extension to file its answer to Defendants' Counterclaims, allow Plaintiff until September 30, 2022, to file its answer to those Counterclaims, and award such other and further relief for Plaintiff as this Court deems just and proper.

Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFF*