IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhejiang Sairen Trading Co., Ltd, <br>         Plaintiff, <br><br> v. <br><br> Individuals, Partnerships, and Unincorporated Associations on Schedule "A", <br><br>         Defendants. | Case No. 22 cv 2046 <br><br> District Judge Thomas M. Durkin <br><br> Magistrate Judge Sheila M. Finnegan |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Zhejiang Sairen Trading Co., Ltd ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Wefaith Ls | 113 |
| Fancelnee | 18 |
| Learning Toys Shop | 35 |
| Flag Pole Store | 106 |
| Great Qin Everlasting | 23 |
| HM-GZFA | 29 |
| DaBeiJi | 13 |
| FreshHappy | 65 |
| Red Round | 110 |
| Vevina shop | 52 |
| ACE Shop | 3 |
| HYOU SHOP | 32 |
| Good Fan | 68 |

| | |
|---|---|
| HOME RIGHTS | 30 |
| Outdoor Pole store | 83 |
| CarlS Garden | 11 |
| Yadome | 93 |
| GreShonYT | 24 |

DATED SEPTEMBER 13, 2022            Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFFS*